# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jason Campbell,

Plaintiff,

Case No. Civil 01-517 JRT/FLN

v.

**JUDGMENT IN A CIVIL CASE**

Pinnacle Programs, Inc.,
Sharon Smidstra, County
of Ramsey, et al.,

Defendants.

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED THAT:**

This case is dismissed for lack of prosecution.

DATE: October 29, 2001

FRANCIS E. DOSAL, CLERK

Shirley Hansen

Shirley Hansen, Deputy Clerk

5